# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GARY LEON WEBSTER**                                                                                                        **PLAINTIFF**
ADC #169022

**v.**                          **CASE NO. 4:21-CV-00678-BSM**

**DEXTER PAYNE,** *et al*,                                                                             **DEFENDANTS**

## ORDER

      Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 3] is adopted.  Gary Leon Webster's motion for writ of mandamus [Doc. No. 1] is dismissed without prejudice, and his and motion requesting waiver of the state exhaustion requirement [Doc. No. 2] is denied.  This case is dismissed without prejudice.

      IT IS SO ORDERED this 19th day of November, 2021.


                                                                                    UNITED STATES DISTRICT JUDGE