IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY LEON WEBSTER**                                                                  **PLAINTIFF**
ADC #169022

v.                           CASE NO. 4:21-CV-00678-BSM

**DEXTER PAYNE**, *et al*,                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE